UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| IN RE | BANKRUPTCY 20-02088 MAG |
|---|---|
| JOSE A. MIRANDA<br>SSN #3938<br>Debtor | CHAPTER 13 |
| DEBTOR'S REQUEST FOR DISPOSITION BY THE COURT | |

TO THE HONORABLE COURT:

COMES NOW debtor through his legal representation who respectfully prays as follows:

1. This case was commenced by the filing of a voluntary petition with the Clerk of this Court on May 31, 2020 at doc #1 under the provisions of Chapter 13. The §341 Meeting of Creditors was held and closed and a Plan dated July 28, 2020 was confirmed on November 11, 2020 at doc #33 and is being paid on a current basis.

2. On September 7th, 2022 at doc #41 debtor moved this Honorable Court for authorization to sell at short sale the only scheduled real property in which debtor holds bare legal title, having discharged his personal liability in a prior chapter 7 bankruptcy petition. Refer to doc #41 *Debtor Motion For Authority To Sell Real Property In Short Sale* with its supporting documentation.

3. The motion was noticed and has been duly circulated to all parties in interest included in this Court's Matrix of Mailing and as per certificate of service filed at doc #42.

4. No objections have been filed and on September 24, 2022 more than 14 days will have elapsed and debtor requests disposition by this Court in order that the short sale be approved and proceed on the date scheduled by the Bank of **October 3, 2022** so as not to delay the closing with all the document preparation that such sale entails for the closing bank and parties.

5. The undersigned attorney will attempt to file this motion via emergencyfilings@prb.uscourts.gov since due to Hurricane Fiona, we are without internet or essential services, making use of CmEcf impossible at least until today.

WHEREFORE, debtor respectfully prays of the Court as follows:

a). That the motion for approval of the sale of the real property titled to the debtor as set forth in doc #41 be granted and approved;

b). That the attorney for debtor be granted an additional legal fee of $750, said fees to be paid under the confirmed Plan from the funds still to be paid under the Plan estimated at this time at approximately $1,200;

c). That the debtor have such other and further relief as to the Court may deem just and property.

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 13 Trustee and to all subscribed users, especially to:

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

UNITED STATES TRUSTEE ustpregion21.hr.ecf@usdoj.gov

Chapter 13 Trustee Jose R Carrion, Esq.

RESPECTFULLY SUBMITTED,

In Caguas, Puerto Rico, this 23rd day of September 2022.

> s/ *L.A. Morales*
> LYSSETTE MORALES VIDAL
> USDC PR #120011
>
> L.A. MORALES & ASSOCIATES P.S.C.
> 76 CALLE AQUAMARINA
> CAGUAS, PUERTO RICO 00725-1908
> TEL 787-746-2434 eFAX 1-855-298-2515
> TEL voice/text 787-640-1621
> Email lamoraleslawoffice@gmail.com